PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jung Oh Han                                            Cr.: cr08-174
                                                                         PACTS #: 50644

Name of Sentencing Judicial Officer: The Honorable Peter G. Sheridan, U.S.D.J.

Date of Original Sentence: 12/09/08

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: Four (4) months imprisonment followed by one (1) year supervised release, full financial disclosure, no new debt, cooperate in the collection of DNA, and pay restitution in the amount of $$946,931.25.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/09/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was ordered to pay $946,931.25 towards restitution. Upon his release from custody, a monthly payment plan was established, wherein he agreed to pay $300 per month. He has paid $1,825 towards restitution. His outstanding restitution balance is $945,106.25. |

U.S. Probation Officer Action:

The offender has been advised of his continued obligation to pay restitution in full and that collection efforts will continue beyond the expiration of supervision. The United States Attorney's Office - Financial Litigation Unit has been notified of his inability to pay restitution in full and they will continue to monitor his ability to pay restitution. It is recommended the offender be allowed to terminate from supervision without further action taken from the Court.

Respectfully submitted,
By: Patrick Hattersley
U.S. Probation Officer
Date: 05/12/10

PROB 12A - Page 2
Jung Oh Han

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[x] Other — defendant is released from supervision of probation office.

_____
Signature of Judicial Officer

5/17/10
_____
Date